| | EFILED Document<br>CO Douglas County District Court 18th JD<br>Filing Date: Jun 14 2011 12:24PM MDT<br>Filing ID: 38134871<br>Review Clerk: Lori Reeber |
|---|---|
| **DISTRICT COURT, COUNTY OF DOUGLAS, STATE OF COLORADO**<br><br>4000 Justice Way<br>Castle Rock, Colorado 80109<br>Telephone: (303) 663-7211 | |
| **Plaintiffs:** AURORA BANK FSB and AURORA LOAN SERVICES LLC<br><br>v.<br><br>**Defendant(s):** PMC BANCORP, f/k/a Professional Mortgage Corp., a California corporation; and DOES 1 through 50, inclusive | ▲ COURT USE ONLY ▲<br><br>Case No.: 2011 CV 1294<br><br>Division: 3 |
| **Attorneys for Plaintiffs:**<br><br>Justin D. Balser (Reg. No. 34365)<br>**AKERMAN SENTERFITT LLP**<br>511 Sixteenth Street, Suite 420<br>Denver, Colorado 80202<br>Telephone: (303) 260-7712<br>Facsimile: (303) 260-7714<br>E-Mail: justin.balser@akerman.com | |
| **DISTRICT COURT CIVIL SUMMONS** ||

**TO THE ABOVE NAMED DEFENDANT: PMC BANCORP, f/k/a Professional Mortgage Corp., a California corporation**

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court an answer or other response to the attached Complaint. If service of the Summons and Complaint was made upon you within the State of Colorado, you are required to file your answer or other response within 20 days after such service upon you. If service of the Summons and Complaint was made upon you outside of the State of Colorado, you are required to file your answer or other response within 30 days after such service upon you. Your answer or counterclaim must be accompanied by the applicable filing fee.

If you fail to file your answer or other response to the Complaint in writing within the applicable time period, the Court may enter judgment by default against you for the relief demanded in the Complaint without further notice.



{DN090904;1}　　　　　1

Dated: June 14, 2011

                        By:    */s/ Justin D. Balser*
                                 Justin D. Balser (Reg. No. 34365)
                                 Email: justin.balser@akerman.com

                              **AKERMAN SENTERFITT LLP**
                              511 Sixteenth Street, Suite 420
                              Denver, Colorado 80202
                              Telephone: (303) 260-7712
                              Facsimile: (303) 260-7714

                              *Attorneys for Plaintiffs*
                              *AURORA BANK FSB and*
                              *AURORA LOAN SERVICES LLC*

In accordance with C.R.C.P. 121 §1-26(9), a printed copy of this document with original signature(s) is maintained by **AKERMAN SENTERFITT LLP** and will be made available for inspection by other parties or the Court upon request.

| DISTRICT COURT, COUNTY OF DOUGLAS, STATE OF COLORADO<br><br>4000 Justice Way<br>Castle Rock, Colorado 80109<br>Telephone: (303) 663-7211 | EFILED Document<br>CO Douglas County District Court 18th JD<br>Filing Date: May 23 2011 10:14AM MDT<br>Filing ID: 37731658<br>Review Clerk: georgia courtright |
|---|---|
| **Plaintiffs:** AURORA BANK FSB and AURORA LOAN SERVICES LLC<br><br>v.<br><br>**Defendant(s):** PMC BANCORP, f/k/a Professional Mortgage Corp., a California corporation; and DOES 1 through 50, inclusive | ▲ COURT USE ONLY ▲<br><br>Case No.:<br><br>Division: |
| **Attorneys for Plaintiffs:**<br><br>Justin D. Balser (Reg. No. 34365)<br>**AKERMAN SENTERFITT LLP**<br>511 Sixteenth Street, Suite 420<br>Denver, Colorado 80202<br>Telephone: (303) 260-7712<br>Facsimile: (303) 260-7714<br>E-Mail: justin.balser@akerman.com | |
| **DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT** ||

1. This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, cross-claim or third party complaint in every district court civil (CV) case. It shall not be filed in Domestic Relations (DR), Probate (PR), Water (CW), Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases.

2. Check the boxes applicable to this case.

   ☐Simplified Procedure under C.R.C.P. 16.1 **applies** to this case because this party does not seek a monetary judgment in excess of $100,000.00 against another party, including any attorney fees, penalties or punitive damages but excluding interest and costs and because this case is not a class action or forcible entry and detainer, Rule 106, Rule 120, or other expedited proceeding.

   ☐Simplified Procedure under C.R.C.P. 16.1, **does not apply** to this case because (check one box below identifying why 16.1 does not apply):
   ☐This is a class action or forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding,
   or
   ☒This party is seeking a monetary judgment for more than $100,000.00 against another party, including any attorney fees, penalties or punitive damages, but excluding interest and costs (see C.R.C.P. 16.1(c)),

**or**

☐ Another party has previously stated in its cover sheet that C.R.C.P. 16.1 does not apply to this case.

3. ☐ This party makes a **Jury Demand** at this time and pays the requisite fee. See C.R.C.P. 38. (Checking this box is optional.)

Dated this 23rd day of May, 2011.

Respectfully submitted,

By: /s/ *Justin D. Balser*
Justin D. Balser (Reg. No. 34365)
Email: justin.balser@akerman.com

**AKERMAN SENTERFITT LLP**
511 Sixteenth Street, Suite 420
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile: (303) 260-7714

*Attorneys for Plaintiffs*
*AURORA BANK FSB and*
*AURORA LOAN SERVICES LLC*

In accordance with C.R.C.P. 121 §1-26(9), a printed copy of this document with original signature(s) is maintained by **AKERMAN SENTERFITT LLP** and will be made available for inspection by other parties or the Court upon request.

EFILED Document
CO Douglas County District Court 18th JD
Filing Date: May 23 2011 10:14AM MDT
Filing ID: 37731658
Review Clerk: georgia courtright

| | |
|---|---|
| **DISTRICT COURT, COUNTY OF DOUGLAS, STATE OF COLORADO**<br><br>4000 Justice Way<br>Castle Rock, Colorado 80109<br>Telephone: (303) 663-7211 | |
| **Plaintiffs:** AURORA BANK FSB and AURORA LOAN SERVICES LLC<br><br>v.<br><br>**Defendant(s):** PMC BANCORP, f/k/a Professional Mortgage Corp., a California corporation; and DOES 1 through 50, inclusive | ▲ COURT USE ONLY ▲<br><br>Case No.:<br><br>Division: |
| **Attorneys for Plaintiffs:**<br><br>Justin D. Balser (Reg. No. 34365)<br>**AKERMAN SENTERFITT LLP**<br>511 Sixteenth Street, Suite 420<br>Denver, Colorado 80202<br>Telephone: (303) 260-7712<br>Facsimile: (303) 260-7714<br>E-Mail: justin.balser@akerman.com | |
| **COMPLAINT FOR (1) BREACH OF CONTRACT AND (2) BREACH OF WARRANTY** | |

Aurora Bank FSB (**Aurora Bank**) and Aurora Loan Services LLC (**Aurora Loan**) (or collectively, **plaintiffs**) by and through their undersigned counsel, submit this complaint and allege as follows:

## PARTIES, JURISDICTION, AND VENUE

1. Aurora Bank is a federally-chartered savings bank organized and existing under the laws of the United States with its home office in Wilmington, Delaware.

2. Aurora Bank is formerly known as Lehman Brothers Bank, FSB and shall be referred to herein as **Aurora Bank**.

3. Aurora Loan is a limited liability company organized under the laws of the State of Delaware. Aurora Loan is a wholly-owned subsidiary of Aurora Bank. Aurora Loan's place of business is located at 10350 Park Meadows Drive, Littleton, Colorado 80124.

4. Defendant PMC Bancorp (**PMC**) is a California corporation duly authorized to conduct business in the State of Colorado, and at all relevant times, was doing business in the State of Colorado, and was engaged in the business of originating and selling residential real estate loans. PMC is formerly known as Professional Mortgage Corp.

5. This Court has personal jurisdiction over the parties hereto.

6. This Court has subject matter jurisdiction over this case.

7. Venue is proper in this Court pursuant to C.R.C.P. 98(c).

## FACTUAL ALLEGATIONS

8. PMC is a correspondent seller of mortgage loans on the secondary mortgage market. PMC would originate, fund, and then sell closed residential real estate loans to purchasers based on contractual agreements.

9. Aurora Bank purchased mortgage loans from PMC pursuant to written contracts.

10. This action seeks to recover damages from PMC for PMC's breaches of the contract and warranty with respect to certain mortgage loans it sold to plaintiffs.

11. All agreements referenced herein are governed by New York law.

### The Purchase Agreement and Seller's Guide

12. On March 25, 2004, Aurora Bank and PMC entered into a loan purchase agreement (**Purchase Agreement**) for the sale by PMC and purchase by Aurora of certain mortgage loans. The Purchase Agreement incorporated by reference Aurora Loan's Seller's Guide (**Seller's Guide**).

13. The Purchase Agreement and the Seller's Guide sets forth the duties and obligations of the parties with respect to the sale and purchase of mortgage loans, including, but not limited to, purchase price, delivery and conveyance of the mortgage loans and mortgage loan documents, examination of mortgage loan files and underwriting, representations and warranties concerning the parties and individual mortgage loans purchased or sold, and remedies for breach.

14. With respect to each of the loans sold to Aurora Bank under the Purchase Agreement and Seller's Guide, PMC made representations, gave warranties and covenanted certain facts concerning the mortgage loans including, without limitation, with respect to:

    (a) the validity of all mortgage loan documentation;

    (b) the accuracy and integrity of all information and documentation regarding borrower identity, income, employment, credit, assets, and liabilities used in making the decision to originate the mortgage loans;

    (c) occupancy by the borrowers of the properties securing the mortgage loans;

(d) the ownership, nature, condition, and value of the real properties securing the mortgage loans; and

(e) the conformance of the mortgage loans with applicable underwriting guidelines and loan program requirements.

15. PMC also represented and/or warranted that no errors, omissions, misrepresentations, negligence, fraud, or other mistakes or wrongdoing, occurred or were committed by any person involved in the origination of the mortgage loans, and that no predatory or deceptive lending practices were used in the origination of the mortgage loans.

16. PMC represented and/or warranted that it has the ability to perform its obligations under, and satisfy all requirements of, the Purchase Agreement and Seller's Guide.

### The Breaching Loans

17. PMC sold mortgage loans to Aurora Bank under the Purchase Agreement and Seller's Guide, including the loans listed on **EXHIBIT A** (the **Breaching Loans**).

18. With respect to mortgage loan number ******1587, the income and/or employment represented on the borrower's loan application was misrepresented, incorrect or inaccurate.

19. With respect to mortgage loan number ******8502, information regarding the borrower's occupancy of the property represented on the borrower's loan application was misrepresented, incorrect or inaccurate.

20. With respect to mortgage loan number ******8306, the income and/or employment represented on the borrower's loan application was misrepresented, incorrect or inaccurate.

21. With respect to mortgage loan number ******9429, the income and/or employment represented on the borrower's loan application was misrepresented, incorrect or inaccurate.

22. The matters set forth in paragraphs 18 through 21 above constitute breaches of the representations, warranties, and/or covenants in the Purchase Agreement and Seller's Guide.

23. The Purchase Agreement and Seller's Guide provide that in the event of a breach of the representations, warranties and/or covenants, Aurora Bank or its agent may demand that PMC repurchase the loans at a certain repurchase price, or indemnify Aurora Bank for losses.

24. Aurora Bank provided PMC with written notice concerning the breaches and demanded that PMC indemnify it for losses suffered on the Breaching Loans.

25. PMC has refused or otherwise failed to indemnify Aurora Bank with respect to the Breaching Loans and has otherwise failed to comply with its obligations under the Agreements and Seller's Guide.

# FIRST CLAIM FOR RELIEF
## BREACH OF CONTRACT – BREACHING LOANS
### (AGAINST ALL DEFENDANTS)

26. Plaintiffs incorporate herein the allegations set forth in paragraphs 1 through 25 above.

27. The Purchase Agreement and Seller's Guide is a valid and enforceable contract that is binding upon PMC.

28. Aurora Bank has substantially performed all of its obligations under the Purchase Agreement and Seller's Guide.

29. PMC breached the Purchase Agreements and Seller's Guide by breaching the representations, warranties, and/or covenants and refusing or otherwise failing to repurchase the Breaching Loans and/or failing to indemnify Aurora Bank.

30. PMC's breaches of the Purchase Agreement and Seller's Guide resulted in actual and consequential damages to Aurora Bank in an amount to be proven at trial.

# SECOND CLAIM FOR RELIEF
## BREACH OF EXPRESS WARRANTY – BREACHING LOANS
### (AGAINST ALL DEFENDANTS)

31. Plaintiffs incorporate herein the allegations set forth in paragraphs 1 through 30 above.

32. The Purchase Agreement and Seller's Guide constitute valid and enforceable contracts that are binding upon PMC.

33. PMC made express warranties as set forth in paragraphs 14, 15, and 16 (among other warranties) above with regard to each of the mortgage loans sold to Aurora Bank under the Purchase Agreement and Seller's Guide.

34. The express warranties contained in the Purchase Agreement and Seller's Guide were part of the basis of the bargain between Aurora Bank and PMC.

35. PMC breached these express warranties with respect to the Breaching Loans.

36. Aurora Bank, through its agent, provided PMC with written notice concerning PMC's breaches of the express warranties.

37. PMC refused or otherwise failed to take adequate steps to remedy or to compensate Aurora Bank for PMC breaches of the express warranties.

## RELIEF SOUGHT FOR THESE CLAIMS

*Wherefore*, plaintiffs respectfully ask the Court to grant judgment in their favor and against defendant PMC:

(a) Awarding damages sustained as a result of PMC's breaches of contract with respect to the Purchase Agreement and Seller's Guide, in an amount to be determined at trial, plus interest;

(c) Awarding damages sustained as a result of PMC's breaches of express warranty with respect to the Purchase Agreement and Seller's Guide, in an amount to be determined at trial, plus interest;

(d) Awarding a declaration that PMC is required to compensate Aurora Bank immediately for all actual and consequential damages resulting from PMC's breaches of the representations and/or warranties of the Purchase Agreement and Seller's Guide.

(e) Awarding reasonable attorneys' fees and costs incurred in this action; and

(f) Awarding such other and further relief as the Court deems just and proper.

Dated this 23rd day of May, 2011.

Respectfully submitted,

By: */s/ Justin D. Balser*
Justin D. Balser (Reg. No. 34365)
Email: justin.balser@akerman.com

**AKERMAN SENTERFITT LLP**
511 Sixteenth Street, Suite 420
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile: (303) 260-7714

*Attorneys for Plaintiffs*
*AURORA BANK FSB and*
*AURORA LOAN SERVICES LLC*

In accordance with C.R.C.P. 121 §1-26(9), a printed copy of this document with original signature(s) is maintained by **AKERMAN SENTERFITT LLP** and will be made available for inspection by other parties or the Court upon request.

# EXHIBIT A

EFILED Document
CO Douglas County District Court 18th JD
Filing Date: [...] 2011 10:14AM MDT
Filing ID: 37731658
Review Clerk: georgia courtright

| | AURORA LOAN No. | NATURE OF CLAIM |
|---|---|---|
| 1 | ****1587 | BREACH OF REPRESENTATIONS, WARRANTIES AND/OR COVENANTS |
| 2 | ****8502 | BREACH OF REPRESENTATIONS, WARRANTIES AND/OR COVENANTS |
| 3 | ****8306 | BREACH OF REPRESENTATIONS, WARRANTIES AND/OR COVENANTS |
| 4 | ****9429 | BREACH OF REPRESENTATIONS, WARRANTIES AND/OR COVENANTS |

{DN083679;1}