IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01605-RBJ-MEH

AURORA BANK FSB, and
AURORA LOAN SERVICES, LLC,

      Plaintiffs,

v.

PMC BANCORP, f/k/a Professional Mortgage Corp., a California corporation,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 10, 2011.**

The Proposed Stipulated Protective Order for Confidential Disclosure of Discovery Materials [filed November 7, 2011; docket #26] was filed by Plaintiff's counsel as a "motion." However, the document is simply a proposed order. The Court will not enter any protective order in this case without a proper motion filed by the parties. Thus, the Proposed Stipulated Protective Order for Confidential Disclosure of Discovery Materials is hereby **stricken**.