IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01605-RBJ-MEH

AURORA BANK FSB, and
AURORA LOAN SERVICES, LLC,

      Plaintiffs,

v.

PMC BANCORP, f/k/a Professional Mortgage Corp., a California corporation,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 8, 2012.**

The Joint Motion to Amend Scheduling Order [filed March 7, 2012; docket #33] is **granted in part and denied in part**. The parties have not provided sufficient justification for the four-month extensions they request. However, the Court does find good cause to amend the Scheduling Order as follows:

| | |
|---|---|
| Deadline to designate experts: | May 1, 2012 |
| Deadline to designate rebuttal experts: | June 1, 2012 |
| Discovery cutoff: | July 2, 2012 |
| Dispositive motions deadline: | August 1, 2012 |

In addition, the Court notes that no trial date has been set in this case. In accordance with Judge Jackson's Practice Standards, which provide that a trial date will generally be set at the scheduling conference, the Court directs the parties to contact Judge Jackson's chambers within **thirty (30) days** to obtain a trial date consistent with the revised deadlines.

In light of the above amendments to the Scheduling Order, the Final Pretrial Conference currently scheduled in this case for August 27, 2012, at 9:30 a.m. is hereby **vacated** and **rescheduled** to **September 20, 2012**, at **9:30 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

The parties shall submit their proposed pretrial order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.L. **no later than five (5) business days** prior to the pretrial conference. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures must be submitted in a useable format (i.e., WordPerfect or Word only) and shall be emailed to the Magistrate Judge at *Hegarty_Chambers@cod.uscourts.gov*.

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial

order on paper to the Clerk's Office.  However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded in richtext format from the forms section of the court's website at http://www.cod.uscourts.gov/Forms.aspx. Instructions for downloading in richtext format are posted in the forms section of the website.**

All out-of-state counsel shall comply with D.C. Colo. LCivR 83.3C prior to the pretrial conference.

The parties are further advised that they shall not <u>assume</u> that the court will grant the relief requested in any motion.  Failure to appear at a court-ordered conference or to comply with a court-ordered deadline which has not be vacated by court order may result in the imposition of sanctions.

Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  *See* D.C. Colo. LCivR 83.2B.