IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01605-RBJ-MEH

AURORA BANK FSB, and
AURORA LOAN SERVICES, LLC,

      Plaintiffs,

v.

PMC BANCORP, f/k/a Professional Mortgage Corp., a California corporation,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 8, 2012.**

      The Joint Stipulation for Entry of Protective Order for Confidential Disclosure of Discovery Materials [filed June 7, 2012; docket #41], construed by Judge Jackson as a Motion for Protective Order, is **granted**. The proposed Protective Order is accepted, issued and filed contemporaneously with this minute order.