IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01605-RBJ-MEH

AURORA BANK FSB, and
AURORA LOAN SERVICES, LLC,

      Plaintiffs,

v.

PMC BANCORP, f/k/a Professional Mortgage Corp., a California corporation, and
DOES 1 through 50,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 14, 2012.**

      In the interest of justice, the Joint Motion and Stipulation to Amend Complaint [filed June 12, 2012; docket #45] is **granted**. For good cause shown, the Court will modify the Scheduling Order as follows:

      Deadline for amendment of pleadings:    **June 20, 2012**.

      In accordance with this modification, Plaintiffs shall file an Amended Complaint on or before **June 20, 2012**. Defendants shall respond to the Amended Complaint in accordance with Fed. R. Civ. P. 15 and all applicable local and federal rules.

      All other deadlines remain in effect.