IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Laura Galera              Date: January 3, 2013
Court Reporter:    Kara Spitler

Civil Action No. 11-cv-01605-RBJ-MEH

*Parties*:                                  *Counsel*:

AURORA BANK FSB AND                         Christopher P. Carrington
AURORA LOAN SERVICES, LLC.,

    Plaintiffs,

v.

PMC BANCORP,                                Joseph A. Walker

    Defendant.

### COURTROOM MINUTES

**ORAL ARGUMENT HEARING**

**Court in session:     9:01 a.m.**

Appearances of counsel.

9:02 a.m.     Argument by Mr. Carrington as to Plaintiffs' Motion for Partial Summary Judgment [55].

**9:18 a.m.     Court in recess.**
**9:44 a.m.     Court in session.**

Argument by Mr. Walker.

10:00 a.m.    Rebuttal argument by Mr. Carrington.

For the reasons and findings as stated on the record, it is;

**ORDERED:** Plaintiff's Motion for Partial Summary Judgment #[55] is GRANTED.

**ORDERED:** Plaintiff's Motion to Strike Defendant's Surreply Opposition to Plaintiff's Motion for Partial Summary Judgment #[70] is DENIED AS MOOT.

Mr. Walker addresses the Court regarding evidentiary objections to the affidavit.

The Court overrules the objections.

**Court in recess:** 10:26 a.m.

Hearing concluded.

Total time:   00:59